

FILED JUN 15 2018

18CV515

06-013-018

Clerk U.S. District Court for the
Middle District of North Carolina
324 West Market Street
Greensboro North Carolina 27401-0324

Guilford County.

| Joseph Burton Meal (Plaintiff) v. N.C.D.O.P.S. Erik Hooke | Request Discovery Pursuant to N.C.R. Civ Pro 26.34 |

Now comes the petitioner Joseph Burton Meal Bey pro-se respectfully moving the Defendants in "Request for Discovery before the N. Carolina U.S District Court for the Middle District of N. Carolina. Pursuant to N.C.R. Civ Pro 26.34:

2.) All Documentations that contain mention construe or refer to policies on staff. Institution unit physician responses to negligent care by N.C.D.O.P.S. Etcetera. Abroad. Thereof:

1 of 9

Case 1:18-cv-00515-TDS-JLW   Document 2   Filed 06/15/18   Page 1 of 12

THEREFORE, your ASSISTANCE in the handling

3) ALL DOCUMENTATION THAT EVIDENCES MENTION OF REFER to the NEGLIGENCE STAFFS INSTITUTIONAL AGENCY OF Joseph Burton Mal Bey APPROXIMATELY UNTIL TODAY CURRENT DATE. Which maybe CONSIDERATED "MEMORANDUM OF LAW"

(E) THE THREE JUDGE COURT SHALL ENTER A PRISONER RELEASE ORDER ONLY IF THE COURT FIND BY CLEAR AND CONVINCED EVIDENCES THAT.

PLRA.. FEDERAL CIVIL ACTION
42 U.S.C.A. § 1997E(e)

N. Carolina Gen Stat Section 143-299.2

David K. v. Lane 839 F 2d 1265
7th Cir (1988.)
Moor/Moor Enclined. Asiatic's
Moabites Etcetera
Official, Staff Included.
Andrews. Joyer, Brown.
Mr. Johnson Gaskins. Grandy, Snug
Wade, Hagin Verdeem. Benjamin B
Asiha Hogin. Holder, Ms
Breeden Ms. Bazile Whitt
Manager Smith. Miza Burton Bey
Yusufi Doe L. Cotton
Sheila Moore A. Moore, B Moore
Holley psychologist. O'Brein
Hatch, chaplain. Williams Bey
Verteen Lester R. Tucker
Tucker L. Roundtree. Programer
Mason. Burden. Dixson.
Nakisha Brown Percel
Ronald McCary. Williams B. Brunner

IIED. CLAIMS "SUSTAIN"
Schmidt v. Odell 64 F. Supp
2d 1014 D. Kan (1999).
EXHIBIT:
EXTREME OR OUTRAGEOUS:
 CAUSING EMOTIONAL DISTRESS:
 CONDUCT CAUSED EMOTIONAL
  DISABILITY ORDERS.

Pollard v. GEO 607 F. 3d 583
 9th CIR. 2010)
BIVENS & SECTION 1983
28 USC 1331 "ALL CIVIL ACTION"
 CONSTITUTION LAWS OR TREATIES
 DOMESTIC LAW...
 RYDER JUSTICE O'CONNER.

Filartiga v. Pena-Irala 630 F 2d
876 2d CIR 1980)
 RECOGNIZED, TORTURE
 VIOLATES CUSTOMARY
 INTERNATIONAL LAW:
 PENALTY IS UNCONSTITUTIONAL BASED
 IN PART:

Ms HOBBS Nurses
Ms WOODS
SEGHAN
OFFICIAL SERGENT BATTERIA LAWRANCE ROGER
INGLES HUTCHERSON MASERBURG
WILLIAMS HENDERSON
MADDIX FRIZZELL HUGH L. WHITAKER
SPELLMAN MONICA WHITAKER
CT LAWRANCE VICKI MCBRIDE
CPT WHITE MALIKA GREEN
FRANCES ROBINSON NURSE
BAILEY NURSE
3100 SESSION ARTIS MS
CENTRAL PRISON
WILSON MICHELL
BURGUESS MS. BROWN NURSE
RANDLEMAN CNA MESH
JACKSON MS OFFICER
LNDSS SIMMONS MANNING
PASTOR IN'S STAFF SIMPKINS ALEK UNIT
SIMONS ON SANDERS ALEA UNIT
HIGH CHAR
CAFE CHAZ
LN. SIMONS
MS. HARIAT (R) NURSE
DR. FEARNOT
PSYCHOLOGIST FEILD
HARRSTCH OFFICER
MASENBURG

PROCEEDINGS

Downey Shatae Parris, Cathy Elaine Robertson
Audrey Virginia Conner, Clinton A White
Potts Robert Edward, Ramey Ms
Morris, Turner, Peoples, Pagan
Lewis officer Lewis, Crandell
Lester Vereen Randy Ballow
Ewashii Carter Darryl Tucker
Ms Lucust Domenech
Streeter Mr Ms Cullen Programer
Green E. Psychiatrist Yadvinder
Sandhu Captain Vaughn
Lynette Martha Potts Terry Lee McBride
# 0263114
Lynette Bingham
Kisha Richardson Fonda Brown P.
Keith Jerome Seagraves, Timothy Seagraves
Timothy Horton, Tarnue nurse
Michelle Matthews Brittany Holder
Matrea & Mayzell Potts
Ms Stevens & Boyp. Ivan Damian
DL# 8566639 #127039²
Anthony Barnes, Larry Chambliss 0072201
Shirley McLean Girlra Potts
Tiffany Potts, Christina Potts
Pamela Hopkins Cherly Knight
Iqual Shaconvacnace Potts
Dr Vera ... Callistice ...

PLRA. physical

Kenner v. Hemphill 199 F. Supp 2d 1264 N.D. FL 2002.

Eighth Amendment objective.

Barney v. Pulsipher 143 F. 3d 1299, 1311 10th Cir 1998

Kane v. Peters. 975 F. 3d 987 7th Cir 1996

Hoptowit v. Spellman 753 F. 2d 779, 783 9th Cir 1985.

Bradley v. Puckett 157 F. 3d 1022 5th Cir 1998

Frutt v. Norris 905 F. 2d 1147 8th Cir 1990.

Palmer v. Johnson 193 F. 3d 346 5th Cir 1999.

Rehabilitative Programs:

Women Prisoners of District of Columbia 93 F. 3d 910, 927 D.C. Cir 1996

Mentally Ill

Trujillo v. Williams 465 F. 3d 1210 10th Cir 2006

Marange v. Fontenot 879 F. Supp 679 E.D. Tex 1995

Needs to meet more expenses wise effort.

Jackson v. District of Columbia 254 F. 3d 262 D.C. Cir 2001

Rule 65 of the Federal Rules of Civil Procedure set out.

Sigger-El v. Barlow 433 F. Supp 2d 811 E.D. Mich. 2006.

Punitive Damage. 6.8 Million Dollars

Ha-Shen Everett
Barker El    Lewis El    Moore El
Cofield Bey    Holloway El
King El    Burch El
Prophet Noble Drew Ali
Kirkman Bey. Past SGA & M
F. Nelson Bey Past SGA & M
R. Love El G.S. I.M.S.T.O.F.A
J. Blakely Bey Past S.G.A & M.
Unit Manager Smith
Fischer v. Ellegood 238 Fed Appx.
428 11th Cir. 2007
Johnson v. California 543 U.S 499
2005).
Fourteenth Amendment protocol
Any person of Life
Natural Person & Proper Person
Moabites & Moabite Asiatic's
"Substantive Due Process"
"Procedural Due Process"
Deliberate Indifference
Wolff v. McDonnell 418 U.S 539
(1974)    Sandin v. Conner 515 U.S. 472
1995.    Farmer v. Brennan 511 U.S. 825 (1994)
Allah v. Seiverling 229 F. 3d 220
3d Cir 2000. Section 6.

5 of 9

Case 1:18-cv-00515-TDS-JLW   Document 2   Filed 06/15/18   Page 8 of 12

(D.) MAYBE REMOVED AT ANY TIME BUT SHALL BE RELIEVED OF THE APPOINTMENT UPON THE TERMINATION OF RELIEF.

(9) THE TERM "RELIEF" MEAN ALL RELIEF IN ANY FORM THAT MAY BE GRANTED OR APPROVED BY THE COURT AND INCLUDES CONSENT DECREES BUT DOES NOT INCLUDES PRIVATE SETTLEMENT AGREEMENTS:

TERMINATION OF RELIEF:

(A)
IN ANY CIVIL ACTION WITH RESPECT TO PRISON CONDITIONS IN WHICH PROSPECTIVE RELIEF IS ORDERED - SUCH RELIEF SHALL BE TERMINABLE UPON THE MOTION OF ANY PARTY OR INTERVENER........

NOMINAL DAMAGES:
6.8 MILLION DOLLARS:

ELEMENTS OF A CLAIMS:
INTERROGATORIES;
SEE: GUTHRIE V. NORTH CAROLINA STATE
PORTS AUTHORITY 307 N.C. 522
299 S.E. 618 1983
(PERSONAL INJURY)..

SHINGLETON V. STATE 260 N. Carolina
451. 133 S.E. 2D 183 1963)

REGISTER V. ADMINISTRATIVE OFFICE
OF THE COURTS 70 N. Carolina App 763
321 S.E. 2d 24 1984.
REGISTER AT 766: 321 S.E. 2d 27
WITHIN the scope OF INSTITUTE and
MARRY CORRECTIONAL INSTIT
ETCETERA. thereby.

GITTENS V NEW YORK 504 NYS.2d
969 (CT CL 1986) EXTRA TIME
SEGREGATION & FALSICAR - FRAUD
IMPRISONMENT HEREOF.
ABCAR..
SECTION2. THE Congress shall have the
power to ENFORCE THIS ARTICLE by
APPROPRIATE legislation.  7 OF 9

## Procedural Backgrounds

1. Plaintiff has filed a negligence claim, before the Jurisdictional U.S District Court for Middle District of North Carolina. Due to injury caused by a Middle District caused tortuous employees states actions, institutional staffs, etc

2.) Further N.C.S § 143-291 Does hold appropriate authority by the District U.S. Middle District. Industrial Commission to Hear/rule/order relief as deemed just and proper.

3) Also Alleged within the Petitioner Complaints He specifically Quotes N.C G.S § Section 8C-1 claims N.C Gen Stat Section 8-1 NCDOPS. Obligation to Shepard.Izings

8 of 9

CONCUSSION:

THEREFORE WE RESPECTFULLY PRAY THAT THE HONORABLE COURT CONTINUE THIS ACTION BY ONGOING PROCEEDING UNTIL FINAL ORDER/JUDGMENT IS GIVEN.

This the U13th DAY OF JUNE 2018

Joseph Burton Mosley
Post Office Box 0506
Maury North Carolina
28554-0506

CERTICATE OF SERVICE

THIS IS TO CERTIFY THAT THE SAME FOREGOING INSTRUMENT HAS BEEN DULY SERVED UPON THE FOLLOWING BY PLACING A COPY SAME IN THE U.S. MAIL POSTAGE PRE-PAID AND PROPERLY ADDRESSES AS FOLLOWS: